Print Form

Name: Robt Heizelmon

Address: 710 Holley Ave Ppt z

Telephone Phone: 619-376-7171

Email: heizelmonrobut 764 @ gmail.com

**FILED**

Oct 27 2022

**CLERK, U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
BY _____s/ cynthial_____ **DEPUTY**

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

Robt Heizelmon

Plaintiff(s),

v. San Diego Police Dept.,
San Diego Sheriffs'
office (John Does)

Defendant(s).

Case No.: **'22CV1674 CAB DDL**

(assigned at time of filing)

**COMPLAINT**

**I.     RELATED CASES**

a.     Do you have other Civil Case(s) in this or any other federal court?

☐ Yes     ☒ No

b.     If yes, please list the case numbers here:

**II.    STATEMENT OF CLAIM** *(Briefly state the facts of your case. Describe how each defendant is involved, and tell what each defendant did to you that caused you to file this suit against them. Include names of any other persons involved, dates, and places.)*

1

10/27/22

Many police are involved, who came to my Tent multiple times in early hours of The morning drew Guns, and told me to move or go to Jail in Mission Bay and in Clairmont San Diego, also came to my SUV and made me get out early mornings in underwear wouldn't let me dress, ever, Also gave me multiple tickets on my Cars, towed my broken down Escalade from the courthouse cost me money I don't have in the Thousands over a thousand, when I came up I videoed them in my Escalade searching my Stuff, took videos at the courthouse Downtown San Diego wasn't yet hooked up, but I told them I had help coming, they still towed my Vehicle Drew weapons on me when I tried to get notebook to write down there names, later I took videos of them all!.

All around Bad Cops, when I didn't do Anything to anyone Sheriffs Dept was involved in that to, That Day! San Diego Police did this manytimes

**III.** **RELIEF YOU REQUEST** *(State exactly what you want the court to do for you. Do not use this space to state the facts of your claim.)*

10 million dollars for continued harrasment that wouldn't stop, plus punitive damages

3

**IV.    DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims pursuant to FRCP, Rule 38?)*

⊠ Yes        ☐ No

I declare under penalty of perjury that the foregoing is true and correct.

10/27/22
_____
Date

_____
Signature

Robert Heizelmon
_____
Printed Name

4